UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                                          Case No.  5:92-cr-7-Oc-10GRJ

ROBERTO DIEGO RUIZ-CASES
_____/

**O R D E R**

A period of supervised release, as a criminal sanction, is a lenient but nonetheless punitive sentence designed in part to serve the interests of retribution, as well as specific deterrence. Ordinarily, therefore, the mere fact that a Defendant has adjusted well and has complied with the terms and conditions of supervised release affords no justification for early termination; some special hardship should be shown that has the effect of rendering the sentence more punitive or more onerous than contemplated by the Court at the time of imposition. No such hardship has been shown in this case. It follows, upon due consideration, that the Defendant's Motion to Terminate His Term of Supervised Release (Doc. 158) should be and is DENIED. Nevertheless, the Probation Officer, in his or her discretion, may at any time reduce the level of supervision being exercised with respect to this Defendant.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 26th day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   United States Probation Office
             Counsel of Record
             Roberto Diego Ruiz-Cases